UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10166-RGS

UNITED STATES OF AMERICA

v.

DAVID CARL ARNDT

ORDER

June 9, 2004

STEARNS, D.J.

On application of the United States Marshal, and after review of the report of Dr. Pickett, the Bureau of Prisons is hereby ORDERED to admit the defendant to the next space available in a federal facility with the capacity to provide intensive psychiatric care.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE