U.S. Chief Magistrate's Office
Boston, MA 02108

04-10166- RGS

6/3/04

Re: Forensic psychiatry consultations/evaluations

Dear Sir/Maam ,

This letter is in relation to an article in the Boston Globe regarding David Arndt. I am on the staff at the Massachusetts General Hospital and Spaulding Hospital, and I am on the faculty at Harvard Medical School. I am available to provide private forensic consultation or evaluation services as may be needed in your practice. Briefly, my background includes internal medicine internship at Tufts, psychiatry residency at Yale, and fellowships in neuroscience research at Yale and neuropsychiatry at the Beth Israel Hospital/Harvard. I was on the faculty at Tufts from 1994-98 as the clinical director of inpatient neuropsychiatry, and at Medfield Hospital/UMass from 1998-2002. My work at Medfield/UMass involved direct patient care, forensic evaluations, and administrative work as the medical director of the forensic/evaluation unit. I became board certified in General Psychiatry in 1994, Forensic Psychiatry in 1999, and completed certification in the Massachusetts Designated Forensic Professional program. At Medfield, I completed numerous court-ordered forensic evaluations (CH. 123, s. 15(b)s, 15(e)s, and 18s). In addition, since 1995, I have provided private forensic (criminal and civil) consultations. I have been qualified as an expert witness and testified in numerous cases in Connecticut and Massachusetts. My clinical background includes work in chronic psychiatric disorders, neuropsychiatry including traumatic brain injury, strokes, mental retardation, and dementia/delirium, psychopharmacology, geriatric psychiatry, psychiatric risk-management, and patients with co-morbid chronic medical, neurological, and substance abuse conditions. My clinical research interests are in different forms of competency and cognitive functioning, and I have given numerous talks and written in the areas of anxiety disorders, traumatic brain injury, informed consent/competency/capacity, the neurobiology of aggression/violence, cognitive functions in competency, financial decision-making, and mild head injury and litigation.

There are several areas in which I can offer consultation or evaluation services. These include:
*1- Competency evaluations – involving clinical issues (consent for treatment, refusing treatment, 'Roger's guardianship cases, etc.), handle personal affairs, testamentary capacity, guardianship*
*2- Criminal evaluations (for courts, defense, or prosecution) – criminal competencies, criminal responsibility, aid in sentencing*
*3- Other clinical issues – hospitalization/civil commitment, confidentiality, duty to protect, treatment boundary issues, clinician misconduct*
*4- Psychiatric malpractice, psychiatric disability, personal injury litigation*
*5- Civil/criminal issues involving the geriatric population – including issues of elder abuse/neglect, capacity*
*6- Civil/criminal issues involving the developmentally disabled population, patients with chronic psychiatric conditions, and patients with brain injuries*
*7- Fitness to work evaluations*
*8- Special clinical populations – involving 'high-risk' cases (arson, sex offenses), complex clinical cases (co-morbid brain injury, chronic medical problems, chronic psychiatric conditions, and/or substance abuse)*
*9- Dangerousness assessments, malingering, consultation around violent/aggressive behavior*
*10- Retrospective analysis of mental state*

I would be happy to discuss this or any specific case with you over the phone, and can provide my CV and billing information if requested. If you would like any further information, please feel free to contact me at 617-573-2616. You can also reach me by email at jholzer@partners.org, or by regular mail addressed to me at Spaulding Hospital, 125 Nashua St., Boston, MA 02114. I would appreciate your passing this letter on to anyone in your office who may have an interest. Thank you.

Sincerely,

Jacob Holzer MD