➲AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

APPEARANCE

Case Number: 04-10166-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

David Ardnt

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6-16-04 | _Paul Conti_ |
| Date | Signature |
| | Peter F Carr II   G00069 |
| | Print Name   Bar Number |
| | Eckert Seamans |
| | Address |
| | 1 International Place |
| | City   State   Zip Code |
| | Boston, MA   02110 |
| | Phone Number   Fax Number |
| | 617-342-6800 |