AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

DAVID CARL ARNDT

**EXHIBIT AND WITNESS LIST**

Case Number: CR-04-10166

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bowler, Ch. USMJ | John Wortmann, AUSA & Cynthia Lie, AUSA | Eggbert & Delinsky |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/4/04 & 6/28/04 | Digital Recording | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 6/4 6/23 6/28 | | | Inspector McCarron, US Postal Inspector |
| 1 | | 6/4/04 | yes | yes | Photos of contraband (pinyata) and postal inspection report |
| 2 | | 6/4/04 | yes | yes | Photos of drug contraband |
| 3 | | 6/23/04 | yes | yes | Travel documents |
| 4 | | 6/23/04 | yes | yes | Incident EEO Intervention Data |
| 5 | | 6/23/04 | yes | yes | Notes from weekly planner and copy of prescription pad of Dr. Arndt |
| 6 | | 6/23/04 | yes | yes | Prescriptions written by Dr. Arndt |
| | A | 6/23/04 | yes | yes | Search Warrant Inventory |
| | B | 6/23/04 | yes | yes | State Board of Medicine Disciplinary Action |
| | C | 6/28/04 | yes | yes | FBI Report |
| | D | 6/28/04 | yes | yes | Redacted DEA Report |
| | E | 6/28/04 | yes | yes | Redacted FBI Report |
| 7 | | 6/28/04 | yes | yes | Commonwealth Statement of Facts & Cambridge Police Report |
| 8 | | 6/28/04 | yes | yes | Motions from Commonwealth Case |
| 9 | | 6/28/04 | yes | yes | Provincetown Police Report - Assault & Battery Charge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages