UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10166-RGS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID C. ARNDT | ) |
| | ) |

## DEFENDANT'S NOTICE OF NON-WAIVER OF REQUEST FOR DISCLOSURE

Defendant David C. Arndt, pursuant to Local Rule 116.1, hereby provides his

notice to the Government that he will not be filing a Waiver of Request for Disclosure,

and requests Automatic Discovery provided by the Government, in accordance with

Local Rule 116.1 (C).

Respectfully Submitted,

DAVID C. ARNDT

By his attorneys,

Stephen R. Delinsky (BBO# 119120)
Peter F. Carr, II  (BBO# 600069)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA  02110
617. 342.6800
Facsimile: 617.342.6899

Dated:  July 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on _____

{K0284569.1}