UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 04-CR-10166 (RGS) |
| ) | |
| DAVID CARL ARNDT ) | |
| ) | |

### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from July 7, 2004 until the initial status conference set for August 9, 2004 in the interests of justice.

1

Defense attorney Peter F. Carr II assented to this motion in open court on July 7, 2004. The proposed order is attached.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

By: _____
                    CYNTHIA W. LIE
                    Assistant U.S. Attorney
                    United States Courthouse
                    One Courthouse Way
                    Boston, MA
                    (617) 748-3183

Dated: July 17, 2004

I hereby certify that a true copy of the above document was served upon (each — Stephen Delinsky party appearing pro se and) the attorney of record for each other party by mail on

7/17/07 _____