```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

CRIMINAL ACTION NO. 04-10166-RGS

**UNITED STATES OF AMERICA**

**v.**

**DAVID CARL ARNDT**

**MEMORANDUM AND ORDER ON GOVERNMENT'S
            MOTION FOR DETENTION**

**AUGUST 8, 2004**

**BOWLER, Ch.U.S.M.J.**

On or about, June 2, 2004, defendant David Carl Arndt (the "defendant"), was arrested pursuant to a two count Indictment returned in this district on May 27, 2004.  In Count One the defendant is charged with conspiracy to distribute and to possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846.  Count Two charges the defendant with possession of methamphetamine with intent to distribute in violation of Title 21, United States Code, Section 841 (a)(1).  In addition the defendant is subject to the