```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**    )
                                )
**v.**                          )    **Criminal No. 04-CR-10166 (RGS)**
                                )
**DAVID CARL ARNDT**            )
                                )

### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from August 10, 2004 until the status conference set for November 15, 2004 in the interests of justice.

Defense attorney Peter F. Carr II assented to this motion in open court on August 9, 2004 and in the initial status report. The proposed order is attached.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                              By: */s/ Cynthia W. Lie*
                                      CYNTHIA W. LIE
                                      Assistant U.S. Attorney
                                      United States Courthouse
                                      One Courthouse Way
                                      Boston, MA
                                      (617) 748-3183

Dated: August 11, 2004