# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           MAG. JUDGE NO. _____

v.                                 CRIMINAL NO.  04-10166 (RGS)

DAVID CARL ARNDT

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from 8/10/04 to 11/15/04 for the reasons checked below.

_____                    _____
Date                                        U.S. District Judge
                                            U.S. Magistrate Judge

REFER TO DOCUMENT(S)

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18U.S.C.3161(h)(1)(E) |
| [] | XE | Pretrial motions from filing date to hearing or disposition | 18U.S.C.3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18U.S.C. §3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XIVI | Absence or unavailability of defendant or essential government witness | 18 U.S.C. §3161 (h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.S3161(h)(8) |
| [ ] | | Delay incident to transfer proceedings | 18 U.S.C.3161(h)(1)(G) |