UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID C. ARNDT

Criminal No. 04-CR-10166-RGS

## REQUEST FOR HEARING OF DAVID C. ARNDT ON MOTION FOR *DE NOVO* REVIEW AND REVOCATION OF MAGISTRATE'S DETENTION ORDER OR, IN THE ALTERNATIVE, AMENDMENT OF DETENTION ORDER TO GRANT CONDITIONAL RELEASE

Defendant David Arndt ("Dr. Arndt") requests this Court for a hearing on his Motion for De Novo Review and Revocation of Magistrate's Detention Order Or, In the Alternative, Amendment of Detention Order to Grant Conditional Release in the above-captioned matter. Dr. Arndt submits that a hearing is necessary in light of the significant issues raised in the motion, and will assist this Court in resolving the motion.

Respectfully submitted,

DAVID C. ARNDT,

By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Peter F. Carr, II (BBO# 600069)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
617.342.6800
Facsimile: 617.342.6899

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (hand) on 8-27-04

Dated: August 27, 2004

{K0287239.1}