```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 04-CR-10166 (RGS)
                               )
DAVID CARL ARNDT               )
                               )
    Defendant.                 )
```

## MOTION FOR A CONTINUANCE TO FILE GOVERNMENT'S OPPOSITION TO DAVID C. ARNDT'S MOTION FOR *DE NOVO* REVIEW AND REVOCATION OF MAGISTRATE'S DETENTION ORDER

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie and John Wortmann, Assistant U.S. Attorneys, hereby respectfully move, for a fourteen (14) day extension for the government to file its opposition to defendant's Motion for *De Novo* Review And Revocation of Magistrate's Detention Order.  The reason for this motion is that both government attorneys are scheduled to start separate trials on September 13, 2004, and have been preparing and continue to prepare for these trials until then and through that week.  Moreover, the Defendant's motion and attachments are voluminous, requiring significant time to review.  Defense

counsel has been contacted concerning this motion and cannot at this time assent or oppose this motion.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

                          By: _____
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney
                                        United States Courthouse
                                        One Courthouse Way
                                        Boston, MA
                                        (617) 748-3183

Dated: September 8, 2004