UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 29 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 04-CR-10166-RGS |
| DAVID C. ARNDT | |

## DEFENDANT, DAVID C. ARNDT'S MOTION TO COMPEL DISCLOSURE

The Defendant, David Arndt ("Defendant"), moves that the Court compel the government to provide forthwith the following categories of mandatory discovery:

1. The names of the unindicted co-conspirators;

2. The non-redacted government interviews of witnesses identified as CW#1 through CW5;

3. The names of the individuals to whom the government has given promises, rewards and inducements;

4. The names of the speakers in the recorded conversations referenced in CD-ROM N-20 and tape N-21; and

5. The identities of the individuals depicted on the photo arrays shown to CW#1 through CW#5.

The reasons for this motion are included in the Defendant's Memorandum of Law filed herewith.

{K0291112.1}

A good faith attempt was made to eliminate or narrow the issues raised in this motion through a conference with counsel for the government.

          Respectfully submitted,

          **DAVID C. ARNDT**,
          By his attorneys,

          _[signature]_

          Stephen R. Delinsky (BBO# 119120)
          Andrew R. McConville (BBO# 632804)
          **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
          One International Place, 18th Floor
          Boston, MA 02110
          Telephone: 617. 342.6800

Dated: October 29, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail (hand) on 10-29-04.

_[signature] SR Delinsky_

{K0291112.1}

2