UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 29 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

DAVID C. ARNDT

Criminal No. 04-CR-10166-RGS

### DEFENDANT, DAVID C. ARNDT'S MOTION FOR WRITTEN AUTHORIZATIONS AND/OR LETTERS TO OBTAIN TAPED TELEPHONE CALLS OF JAIL CONVERSATIONS

The Defendant, David Arndt ("Defendant"), moves that the Court order the government to produce forthwith to the Defendant, all written authorizations and/or letters utilized to obtain tapes of the Defendant's telephone calls from the Nashua Street Jail and/or the Plymouth County Jail.

The reasons for this motion are included in the Defendant's Memorandum of Law filed herewith.

A good faith attempt was made to eliminate or narrow the issues raised in this motion through a conference with counsel for the government.

Respectfully submitted,

DAVID C. ARNDT,
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

DATED: October 29, 2004

{K0291119.1}

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by
(hand) on _10-29-04_.

SR Delin