UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 29  P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

DAVID C. ARNDT

Criminal No. 04-CR-10166-RGS

## DEFENDANT, DAVID C. ARNDT'S MOTION FOR BILL OF PARTICULARS

The Defendant, David Arndt ("Defendant"), moves that the Court order the government to provide the following Bill of Particulars:

1. Identify the date, time and place at which the Defendant became a member of the alleged conspiracy.

The reasons for this motion are included in the Defendant's Memorandum of Law filed herewith.

A good faith attempt was made to eliminate or narrow the issues raised in this motion through a conference with counsel for the government.

Respectfully submitted,

DAVID C. ARNDT,
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

DATED: October 29, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail (hand) on 10-29-04.

_____

{K0291121.1}