# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                                                CR. NO. 04-10166-RGS

CARL DAVID ARNDT

## *NOTICE*

November 3, 2004

**BOWLER, Ch.U.S.M.J.**

      PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:45 p.m., Tuesday, November 9, 2004,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.


     /s/   Marianne B. Bowler
     **MARIANNE B. BOWLER**
     Chief  United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*  PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**