UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| v. | )  CRIMINAL NO. 04-CR-10166-RGS |
|  | ) |
| **DAVID CARL ARNDT** | ) |
|  | ) |

## ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 9, 2004, the date of the arraignment on the superseding indictment, to December 20, 2004, the date of the Initial Status Conference, pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice, and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request in open court at the arraignment on November 9, 2004.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: */s/ Cynthia W. Lie*
>    CYNTHIA W. LIE
>    Assistant U.S. Attorney

Dated:  November 16, 2004