UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 04-CR-10166 (RGS)** |
| ) | |
| **DAVID CARL ARNDT** ) | |
| ) | |

### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from December 20, 2004 until the status conference set for February 2, 2004 in the interests of justice.  Defense attorney Stephen Delinsky and

Michael Reilly assented to this motion in open court on December 20, 2004.

                                   Respectfully submitted,
                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY

                           By:  */s/ Cynthia W. Lie*
                                 CYNTHIA W. LIE
                                 Assistant U.S. Attorney
                                 United States Courthouse
                                 One Courthouse Way
                                 Boston, MA
                                 (617) 748-3183

Dated: December 20, 2004