UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
v.                              )     Criminal No. 04-CR-10166 (RGS)
                                )
DAVID CARL ARNDT                )
                                )


### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY


The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from February 9, 2005 until the further status conference set for March 14, 2005 in the interests of justice.  Defense attorney Stephen

Delinsky and Michael Reilly assented to this motion in open court on February 9, 2005.

                                            Respectfully submitted,
                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

                                  By:  */s/ Cynthia W. Lie*
                                            CYNTHIA W. LIE
                                            Assistant U.S. Attorney
                                            United States Courthouse
                                            One Courthouse Way
                                            Boston, MA
                                            (617) 748-3183

Dated: February 9, 2005