UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |  |
| v. | ) ) | CRIMINAL NO. 04-CR-10166-RGS |
| **DAVID CARL ARNDT** | ) ) ) |  |

## ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and John A. Wortmann, Jr., Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period from March 14, 2005 to April 4, 2005 pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A).  The requested delay is in the interests of justice because it is intended to facilitate the completion of plea discussions between the parties.  The defendant, through counsel, assented to this request in open court at the Status Conference on March 14, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By: <u>/s John A. Wortmann, Jr.</u>
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney

Dated: March 14, 2005