```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
v.                             )     Criminal No. 04-CR-10166 (RGS)
                               )
DAVID CARL ARNDT               )
                               )
```

## ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from April 4, 2005 until the further status conference set for May 10, 2005, in the interests of justice.  Defense attorney Stephen

1

Delinsky assented to this motion in open court on April 4, 2005.

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  UNITED STATES ATTORNEY

                      By:   */s/ Cynthia W. Lie*
                           CYNTHIA W. LIE
                           Assistant U.S. Attorney
                           United States Courthouse
                           One Courthouse Way
                           Boston, MA
                           (617) 748-3183

Dated: April 4, 2005