UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID C. ARNDT | Criminal No. 04-CR-10166-RGS |

**DEFENDANT, DAVID C. ARNDT'S FURTHER MOTION TO EXTEND
THE TIME TO DETERMINE WHETHER HE WILL
ASSERT A DEFENSE OF INSANITY**

The Defendant David Arndt ("Defendant") moves pursuant to Federal Rule of Criminal Procedure 12.2, that the time to file a notice of his intention to assert a defense of insanity be further extended from April 15, 2005 to May 10, 2005 because he has had insufficient time to determine, in good faith, whether he will utilize such a defense.

The government has assented to this motion.

Respectfully submitted,

**DAVID C. ARNDT,**
By his attorneys,

/s/ Stephen R. Delinsky
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

DATED: April 15, 2005

{K0297001.1}