UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
)
      v.                          )          CRIM. NO. 04-10166-RGS
)
**DAVID ARNDT**              )

**WITHDRAWAL OF APPEARANCE**

    The undersigned hereby withdraws his appearnace in this matter. The government will continue to be represented by AUSA Cynthia Lie.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

Dated: 5/5/05        By:   /s John A. Wortmann, Jr.
                                  JOHN A. WORTMANN, JR.
                                  Assistant U.S. Attorney
                                  One Courthouse Way
                                  Boston, MA
                                  (617) 748-3207