# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10166-RGS

UNITED STATES OF AMERICA

v.

DAVID CARL ARNDT

## *FINAL STATUS REPORT*

May 10, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Superseding Indictment in the above-entitled case, which charges the defendant with conspiracy to distribute and to possess with the intent to distribute methamphetamine and possession of methamphetamine with the intent to distribute and the distribution of oxycodone, was returned on October 28, 2004;

    2. The defendant was arraigned on the Superseding Indictment on November 9, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 20 witnesses and that the trial would last approximately two weeks;

5. Counsel for defendant Arndt has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through May 10, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge