UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID C. ARNDT | Criminal No. 04-CR-10166-RGS |

**FURTHER ASSENTED TO MOTION OF THE DEFENDANT, DAVID C. ARNDT
FOR A CONTINUANCE
OF THE SENTENCING DATE FROM JANUARY 18, 2006 TO FEBRUARY 21, 2006**

The Defendant, David Arndt ("Dr. Arndt"), moves for a further continuance of his sentencing date from January 18, 2006 to February 21, 2006 for the following reasons:

1. The government and the defense agree that there has to be a court hearing regarding the validity of Dr. Arndt's plea of guilty.

2. Until that determination is made by the Court, the defense is not able to go forward with the timing requirements of Dr. Arndt's Plea Agreement about disclosure of his expert's report.

The government has assented to this motion and for the reasons set forth herein the

{K0314005.1}

Defendant requests the Court to grant a continuance of the sentencing date to February 21, 2006.

Respectfully submitted,
**DAVID C. ARNDT**,
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110

DATED: November 17, 2005          Telephone: 617. 342.6800

{K0310559.1}

2