UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID C. ARNDT | Criminal No. 04-CR-10166-RGS |

**ADDITIONAL ASSENTED TO MOTION OF THE DEFENDANT, DAVID C. ARNDT FOR A CONTINUANCE OF THE SENTENCING DATE FROM MARCH 2, 2006 TO MARCH 23, 2006**

The Defendant, David Arndt ("Dr. Arndt"), moves for an additional continuance of three weeks of his sentencing date from March 2, 2006 to March 23, 2006 for the following reasons:

1. The Plea Agreement requires Dr. Arndt to provide the government, no later than sixty days prior to sentencing, his expert's report regarding his mental condition. Dr. Arndt is currently reviewing with counsel all of the factual and legal issues relating to his mental evaluation and needs further time to understand all of its implications in the sentencing process.

2. The additional time is also necessary for the undersigned to consult with Dr. Arndt's experts about the complicated factual and legal issues concerning his mental condition.

The government has assented to this motion and for the reasons set forth herein the Defendant requests the Court to grant a continuance of the sentencing date to March 23, 2006.

{K0317364.1}

Respectfully submitted,

**DAVID C. ARNDT,**
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA  02110
DATED: January 11, 2006      Telephone: 617. 342.6800

{K0317364.1}

2