UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID C. ARNDT )<br>) | CRIMINAL NO. 04-CR-10166-RGS |

**DEFENDANT, DAVID C. ARNDT'S MOTION FOR
DOWNWARD DEPARTURE FROM THE
ADVISORY SENTENCING GUIDELINE RANGE AND REQUEST FOR
CONSIDERATION OF POST-BOOKER/FANFAN SENTENCING FACTORS
PURSUANT TO 18 U.S.C. §3553(a)**

The Defendant, David Arndt ("Dr. Arndt"), moves this Court to depart downward from the advisory sentencing guideline range as calculated in the Presentence Report and plea agreement. Dr. Arndt requests this Court to depart downward based on the following recognized grounds: (A) diminished capacity; (B) extra-ordinary acceptance of responsibility; (C) vulnerability in prison; and (D) the Defendant's criminal history category significantly over-represents the seriousness of the Defendant's criminal history or the likelihood that the Defendant will commit further crimes. Dr. Arndt also requests this Court to consider post-Booker/Fanfan sentencing factors pursuant to 18 U.S.C. §3553(a).

In further support of this motion, Dr. Arndt incorporates his Sentencing Memorandum filed simultaneously herewith.

{K0337610.1}

Respectfully Submitted,

DAVID C. ARNDT
By his attorneys,

*[signature]*

Stephen R. Delinsky (BBO #119120)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: 617.342.6800
Facsimile No.: 617.342.6899

DATED: December 6, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Dec. 6, 2006

By: *[signature]*

{K0337610.1}   2