UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2006 DEC 20 A 9:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 04-10166-RGS

DAVID CARL ARNDT

## RECEIPT

I, _Justin Mulhern_ hereby acknowledge that I received on this date a check in the amount of $900.00 payable to the Clerk, U. S. District Court, from Mary H. Johnson, Courtroom Clerk to Stearns, DJ which was to be the Special Assessment in the above-captioned case. The check is being returned to Steven Delinsky, Esq. until such time as a Judgment and Commitment Order is signed by Stearns, DJ.

Dated at Boston, MA this 20th day of December, 2006.