UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CRIMINAL NO. 04-10166-01-RGS

DAVID CARL ARNDT

## NOTICE OF RIGHT TO APPEAL TO THE DEFENDANT

**STEARNS, DJ.**                                          **MARCH 12, 2007**

PURSUANT TO THIS COURT'S DIRECTION TO THE CLERK IN ITS MEMORANDUM AND ORDER DATED FEBRUARY 12, 2007, THE DEPUTY CLERK HEREIN HEREBY NOTIFIES THE DEFENDANT, IN WRITING, OF HIS RIGHT TO FILE A NOTICE OF APPEAL OF THE JUDGMENT AND CONVICTION ENTERED ON MARCH 8, 2007 IN THE ABOVE-CAPTIONED ACTION.  THE APPEAL MUST BE FILED WITHIN 10 DAYS OF ENTRY OF THE JUDGMENT.  IF THE DEFENDANT CANNOT AFFORD AN ATTORNEY TO FILE A NOTICE OF APPEAL ON HIS BEHALF, HE MAY CONTACT THE DEPUTY CLERK, MARY H. JOHNSON, AT 617-748-9162, AND AN APPEAL WILL BE FILED ON HIS BEHALF BY THE DEPUTY CLERK.

SO ORDERED.

                                                    RICHARD G. STEARNS
                                                   UNITED STATES DISTRICT JUDGE

**BY:**

                                      /s/ Mary H. Johnson
                                      _____
                                        **Deputy Clerk**